# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAP CO., LTD.,<br><br>               Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-1899 MJP |

          **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx        **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    As to the indirect infringement claims, Plaintiff's amended complaint fails to allege sufficient facts or elements to state a claim for either inducement or contributory infringement. Regarding the direct infringement cause of action, the Court finds that Plaintiff's pleadings fail to satisfy either element of the claim.
    Having found that further amendment of these claims would be futile, this lawsuit DISMISSED with prejudice in its entirety.

    Dated April 6, 2015.

                                                    William M. McCool
                                                  Clerk of Court

                                                  s/Mary Duett
                                                  Deputy Clerk