1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | CAP CO., LTD.,

11 | Plaintiff,

12 | v.

13 | MICROSOFT CORPORATION,

14 | Defendant.

CASE NO. C14-1899 MJP

**AMENDED** ORDER ON MOTION
TO DISMISS

15

16      Consistent with its findings in the Order on Motion to Reconsider (Dkt. No. 75), the

17 Courts enters the following amended order:

18      IT IS ORDERED that the portions of the previously-entered Order on Motion to Dismiss

19 (Dkt. No. 70) dismissing Plaintiff's claims for direct infringement and the Judgment dismissing

20 Plaintiff's case with prejudice (Dkt. No. 71) are WITHDRAWN.

21      IT IS FURTHER ORDERED that Plaintiff's claims for contributory infringement,

22 indirect infringement and willful infringement are DISMISSED with prejudice.

23      IT IS FURTHER ORDERED that Plaintiff's claims for direct infringement will be

24 permitted to proceed.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 8th day of May, 2015.

Marsha J. Pechman
United States District Judge

AMENDED ORDER ON MOTION TO DISMISS- 2