The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAP Co., Ltd.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　Defendant. | No. 2:14-cv-01899-MJP<br><br>**STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR: June 15, 2015** |

　　　　Plaintiff CAP Co., Ltd. ("CAP Co.") and Defendant Microsoft Corporation ("Microsoft") respectfully submit this stipulation for stay of proceedings and state as follows:

　　　　WHEREAS, on November 17, 2014, CAP Co. filed suit in the Northern District of California for infringement of the same patents asserted in this matter (*CAP Co., Ltd. v. McAfee, Inc.*, Case No. 3:14-cv-05068-JD and *CAP Co., Ltd., v. Symantec Corporation,* Case No. 3:14-cv-05071-JD) (collectively "California Cases");

　　　　WHEREAS, on March 23, 2015, the Court in the California Cases entered an Order setting a schedule for Claim Construction to and including November 19, 2015 for a Markman hearing, and consolidating the briefing and argument of claim construction in those two cases;

STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS
(2:14-cv-01899-MJP) – 1
DWT 27101838v1 0025936-002177

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

WHEREAS, the Parties believe that staying the case pending claim construction in the California Cases may avoid duplication of effort and has the potential to narrow the scope of claim construction issues that need to be decided in this Court;

WHEREAS, the parties have continued to confer on a resolution of the issues raised in this lawsuit and believe that a claim construction of the Patents-in-Suit in the California Cases may facilitate settlement discussions, which, if successful, would avoid unnecessary burdens on the Court and unnecessary burdens and legal fees being borne by the parties;

WHEREAS, on June 15, 2015, the Parties filed a Joint Status Report informing the Court that the Parties had agreed on a schedule should the case not be stayed;

NOW, THEREFORE, the Parties, through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

(1)     Plaintiff will serve its Amended Disclosure of Asserted Claims and Infringement Contentions on June 22, 2015 ("Amended Infringement Contentions");

(2)     The Parties agree, subject to Court approval, that except for service of Amended Infringement Contentions, the case shall be stayed until 30 days after issuance of a final claim construction order in the California Cases;

Upon issuance of the claim construction order in the California Cases, the parties will meet and confer regarding a proposed schedule in this litigation and/or proposed continuance of the stay in this litigation and shall submit a Joint Status Report to the Court with the proposed schedule within 14 days of the expiration of the stay.

STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS
(2:14-cv-01899-MJP) – 2
DWT 27101838v1 0025936-002177

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1  DATED this 15th day of June, 2015. | Respectfully submitted, |
| 2 | By:   /s/ *Philip P. Mann* |
|   |          Philip P. Mann |

Bruce J. Wecker (*pro hac vice*)
Christopher L. Lebsock (*pro hac vice*)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel:  (415) 633-1908
Fax:  (415) 358-4980
Email: bwecker@hausfeldllp.com
           clebsock@hausfeldllp.com

Philip P. Mann (WSBA No. 28860)
Tim Billick (WSBA No. 46690)
**MANN LAW GROUP**
Seattle Tower
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Tel: (206) 436-0900
Fax: (866) 341-5140
Email: phil@mannlawgroup.com
           tim@mannlawgroup.com
***Attorneys for Plaintiff CAP Co. Ltd***


By:   */s/ Stuart R. Dunwoody*
Stuart R. Dunwoody, WSBA #13948
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Tel: (206) 757-8034
Fax: (206) 757-7034
Email: stuartdunwoody@dwt.com

Eric S. Walters (Admitted *(Pro Hac Vice)*)
Erica D. Wilson (Admitted *Pro Hac Vice*)
John Freed (Admitted *Pro Hac Vice*)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Tel: (415) 276-6500
Fax: (415) 276-6599
Email: ericwalters@dwt.com
           ericawilson@dwt.com
           jakefreed@dwt.com
***Attorneys for Defendant Microsoft Corporation***

STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS
(2:14-cv-01899-MJP) – 3
DWT 27101838v1 0025936-002177

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Philip P. Mann | _____ | U.S. Mail |
| Timothy J. Billick | _____ | Hand Delivery |
| Mann Law Group | \_\_\_\_\_ | Overnight Mail |
| 1218 Third Avenue, Suite 1809 | _____ | Facsimile |
| Seattle, WA  98101 | _X_ | CM/ECF Notification |
| Tel: 206-436-0900 | \_\_\_\_\_ | Email |
| Email: phil@mannlawgroup.com | | |
| Email: tim@mannlawgroup.com | | |

| | | |
|---|---|---|
| Bruce J. Wecker | _____ | U.S. Mail |
| Christopher L. Lebsock | _____ | Hand Delivery |
| Hausfeld LLP | \_\_\_\_\_ | Overnight Mail |
| 44 Montgomery Street, Ste. 3400 | _____ | Facsimile |
| San Francisco, CA  94104 | _X_ | CM/ECF Notification |
| Tel: 415-633-1908 | \_\_\_\_\_ | Email |
| Email: bwecker@hausfeld.com | | |
| Email: clebsock@hausfeld.com | | |

*Attorneys for Plaintiff CAP Co., Ltd.*

DATED this 15th day of June, 2015.

*/s/ Stuart R. Dunwoody*_____
Stuart R. Dunwoody

CERTIFICATE OF SERVICE
(2:14-cv-01899-MJP)
DWT 27101838v1 0025936-002177

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax